IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CHARLES GWATHNEY,                )
                                 )
        Plaintiff,               )
                                 )
v.                               )        Civil Action No. 2:09cv479-MEF
                                 )                  (WO)
WARDEN KELLER, *et al.*,         )
                                 )
        Defendants.              )

## ORDER

For good cause, it is

ORDERED that a telephone status call is scheduled for 10:00 a.m. C.S.T. on February 3, 2012. Counsel for defendant is DIRECTED to set up the telephone conference call. It is further

ORDERED that the Clerk of Court shall mail a copy of this order to Lisa Shahan, Case Manager, FCI Morgantown, Post office Box 1000, Morgantown, WV 26507. **The persons having custody of the plaintiff are to produce him for the telephone conference.**

DONE, this 24th day of January, 2012.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE