IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHARLES GWATHNEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:09cv479-MEF |
| | ) | (WO) |
| CORRECTIONAL OFFICER ROGER | ) | |
| WARREN, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON MOTION**

Plaintiff has filed a motion to compel production of documents.  (Doc. No. 71.)  The court has carefully reviewed Plaintiff's discovery requests, and finds that they seek material that is not relevant to the subject matter involved in this action, impose an undue burden on Defendant, and do not appear to be reasonably tailored to lead to the discovery of admissible evidence.  *See* Fed.R.Civ.P. 26(b)(1). Accordingly, it is

ORDERED that Plaintiff's motion to compel production of documents (Doc. No. 71) be and is hereby DENIED

DONE, this 7th day of January, 2013.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE