IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES GWATHNEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.: 2:09-cv-479-MEF |
| ) | (WO – Do Not Publish) |
| CORRECTIONAL OFFICER WARREN, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Consistent with the Memorandum Opinion and Order issued on March 19, 2013, judgment is ENTERED in favor of Defendant Officer Roger Warren ("Warren"), and against Plaintiff Charles Gwathney ("Gwathney") on Gwathney's Complaint (Doc. #1).

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment under Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 19th day of March, 2013.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE